# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS EUGENE RAY, )
)
    Plaintiff, )
) Civil Action No. 11-855
v. ) Judge Cathy Bissoon
) Magistrate Judge Eddy
DAVID HOGUE, *et al.*, )
)
    Defendants. )

## MEMORANDUM ORDER

Before this Court is Plaintiff's motion for mandatory injunction (Doc. 9), in which Plaintiff requests to be transferred to a facility maintained by the Pennsylvania Department of Corrections, due to the alleged inadequacy of the law library at the Armstrong County Jail.

This matter was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrate Judges. On November 16, 2011, the magistrate judge issued a report and recommendation recommending that Plaintiff's motion be denied. (Doc. 24). Plaintiff was given fourteen days, or until November 30, 2011, to file objections. As of the date of this writing, no objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with Plaintiff's motion for mandatory injunction (Doc. 9), and the report and recommendation (Doc. 24), the following ORDER is entered:

AND NOW, this 13th day of December, 2011,

IT IS HEREBY ORDERED Plaintiff's motion for mandatory injunction (Doc. 9) is DENIED.

1

IT IS FURTHER ORDERED that the magistrate judge's report and recommendation (Doc. 24) is adopted as the opinion of the Court with respect to this issue.

BY THE COURT:

s/Cathy Bissoon
CATHY BISSOON
UNITED STATES DISTRICT JUDGE

cc:
**THOMAS EUGENE RAY**
Armstrong County Jail
171 Staley's Court Road
Kittanning, PA 16201